# Exhibit G



**iDISCOVER**
EDISCOVERY REDEFINED

Please Remit Payment to:
3030 N. Central Ave., Ste.200, Phoenix, AZ 85012
Toll Free: 866.964.3178 ~ Local 602.648.3220 ~ Fax: 866.941.6071
Federal Tax ID: 26-0582202

# INVOICE

| BILL TO | DATE | INVOICE # |
|---|---|---|
| Parker Poe<br>401 South Tryon Street St. 3000<br>Charlotte, NC 28202<br>Attn: Account Payable<br>Att: Charlotte Hoxworth / Steve Weber | 10/20/2011 | 2710 |

| CONTACT PERSON | PAYMENT TERMS |
|---|---|
| David Lever | Net 30 |

| ORDER DATE | P.O. / MATTER # |
|---|---|
| 09/16/2011 | 119851 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 273,311 | Republic Babb<br>119851<br><br>Republic Babb<br>**(Ingestion into Invariant and export): Ingested into Caselight Compressed data size 54.44 gb (Document count 273,311) Uncompressed data size 98.51 gb<br><br>iDG Job#EDD_DC02327 | 0.025 | 6,832.78T |

| | | |
|---|---|---|
| | SUBTOTAL | $6,832.78 |
| If you have any questions or concerns regarding this invoice please contact our Accounts Receivables Department at 916-442-2355. Please note total amount due is based on account payment terms. | SALES TAX | $0.00 |
| Thank you for your continued business! | **TOTAL** | **$6,832.78** |



**iDISCOVER**
EDISCOVERY REDEFINED

Please Remit Payment to:
3030 N. Central Ave., Ste.200, Phoenix, AZ 85012
Toll Free: 866.964.3178 ~ Local 602.648.3220 ~ Fax: 866.941.6071
Federal Tax ID: 26-0582202

# INVOICE

| BILL TO | | DATE | INVOICE # |
|---|---|---|---|
| Parker Poe<br>401 South Tryon Street St. 3000<br>Charlotte, NC 28202<br>Attn: Account Payable<br>Melanie Dubis / Steve Weber | | 10/27/2011 | 2714 |
| | | **CONTACT PERSON** | **PAYMENT TERMS** |
| | | David Lever | Net 30 |

| ORDER DATE | P.O. / MATTER # |
|---|---|
| 10/20/2011 | 119851 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 38,538 | Republic Babb<br>119851<br><br>Republic Babb<br>**(Production request): Full Process, export out of Caselight/Tiff; Create summation load file - Doc count (billable amount)<br>EREP000001 - EREP152885<br>152885 pages<br>38,538 documents<br><br>iDG Job#EDD_DC02235 | 0.02 | 770.76T |

If you have any questions or concerns regarding this invoice please contact our Accounts Receivables Department at 916-442-2355. Please note total amount due is based on account payment terms.

Thank you for your continued business!

| | |
|---|---|
| SUBTOTAL | $770.76 |
| SALES TAX | $0.00 |
| **TOTAL** | **$770.76** |