IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Perrin Babb, Debbie Babb, Wayne Elstron, Sarah Elstrom, Alan Jackson, and Kathy Jackson, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | C/A No.: 3:10-cv-01724-JFA |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Lee County Landfill SC, LLC; Republic Services of South Carolina, LLC; Republic Services, Inc., | ) ) ) | JUDGE JOSEPH F. ANDERSON, JR. |
| Defendants. | ) ) ) | |

The Court hereby files a follow-up order relating to the hearing held on November 7, 2011 regarding Defendants' Motion for Protective Order (ECF No. 67) and Plaintiffs' Motion to Compel (ECF No. 73). Because discovery is ongoing in this case, some of the issues raised by the parties in their motions were premature for the Court to rule on. As such, the Court found it appropriate to postpone the hearing until December 5, 2011 at 10 a.m. at which time the discovery issues should be either resolved by subsequent discovery or ready for this Court to make a decision.

Prior to postponing further discussion on the pending motions, the Court directed Defendants to comply with various requests made by Plaintiffs— the specifics of the Court's orders can be found in the transcript of the hearing. The Court hereby instructs Defendants to comply with the Court's orders as to those discovery requests by November 18, 2011.

At the December 5th hearing, the Court does not wish to hear any further argument relating to the unreasonable discovery tactics employed by either side prior to the November 7,

1

2011 hearing. The Court is well aware of the manner in which both sides have handled the discovery process up to this point and would like to hear from the parties on the remaining discovery issues rather than discovery issues in the past. In preparation for the upcoming hearing on the pending motions in this case, Plaintiffs should pare down their discovery requests, and Defendants should be ready to comply with any reasonable discovery requests. Prior to the hearing, the parties should communicate any issues that they are having with either the requests or the production to each other and should further attempt to resolve these issues to the extent that they can do so without this Court's assistance.

    IT IS SO ORDERED.

*[signature: Joseph F. Anderson, Jr.]*

November 8, 2011  
Columbia, South Carolina

    Joseph F. Anderson, Jr.  
    United States District Judge