IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Perrin Babb, Debbie Babb, Wayne Elstron, Sarah Elstron, Alan Jackson, and Kathy Jackson, | ) ) ) ) | C/A No.: 3:10-cv-01724-JFA |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Lee County Landfill SC, LLC, | ) ) | JUDGE JOSEPH F. ANDERSON, JR. |
| Defendant. | ) ) ) | |

This matter comes before the court on Defendant's Motion to Resolve Post-Trial Motions Prior to Injunction Phase of Trial. (ECF No. 224). Defendant's post-trial motions are due April 27, 2012. This court is set to hear the injunction phase of the trial on Wednesday, April 18, 2012, at 9:30 a.m. Based on the recent Fourth Circuit opinion in *US ex rel. Drakeford v. Tuomey Healthcare Sys., Inc.*, 2012 WL 1059849 (March 30, 2012), defendant has asked that this court postpone the injunction phase of the trial until after the post-trial motions are resolved.

This court hereby grants the defendant's motion and postpones the injunction phase of the trial until after the post-trial motions are resolved. Accordingly, the hearing on the injunction set for Wednesday, April 18, 2012, is hereby postponed. The court will set a new date for the injunction phase after it has ruled on the post-trial motions.

IT IS SO ORDERED.

April 6, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge