IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Perrin Babb, Debbie Babb, Wayne Elstrom, Sarah Elstrom, Alan Jackson, and Kathy Jackson, | ) ) ) ) | C/A No.: 3:10-cv-01724-JFA |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| Lee County Landfill SC, LLC, | ) ) ) | |
| Defendant. | ) ) | |

The court has been notified by the parties that all the damages claims have settled without admission of liability by stipulation filed with this court. *See* ECF Nos. 320, 322. All damages claims are dismissed without entry of judgment or ruling on the post-trial motions. The post-trial motions now are moot and all of the plaintiffs' damages claims hereby are dismissed with prejudice. The settlement of the damages claims shall not affect the pending claim for injunction. This court will issue further directives regarding scheduling of the injunction proceedings, including a briefing schedule for the defendant's argument that the plaintiffs' injunction claim is pre-empted.

IT IS SO ORDERED.

November 1, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1