IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Perrin Babb, Debbie Babb, Wayne Elstrom, Sarah Elstrom, Alan Jackson, and Kathy Jackson, <br><br>        Plaintiffs, <br><br> vs. <br><br> Lee County Landfill SC, LLC, <br><br>        Defendant. | C/A No. 3:10-cv-01724-JFA <br><br><br> **ORDER** |

This matter comes before the court on a motion to compel documents and for an in camera review filed by the plaintiffs. ECF No. 378. The defendant has filed a response in opposition. ECF No. 382. In light of the upcoming bench trial on the underlying matter, the court assigned the discovery dispute to a special master. The special master has filed a report, attached hereto, and the court hereby adopts the recommendations in the report in full.

IT IS SO ORDERED.

July 3, 2014                                              Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge

1