IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Perrin Babb, Debbie Babb, Wayne Elstrom, Sarah Elstrom, Alan Jackson, and Kathy Jackson, <br><br> Plaintiffs, <br><br> vs. <br><br> Lee County Landfill SC, LLC, <br><br> Defendant. | C/A No. 3:10-cv-01724-JFA <br><br><br> **ORDER** |

The special master assigned to make a recommendation on a motion to compel documents and for an in camera review filed by the plaintiffs, ECF No. 378, has submitted to the court an invoice for the services provided. Finding the special master's fees of $942 reasonable, the court hereby orders the parties to split that cost. Thus, the court directs each side of this litigation to pay the special master $471 within 10 days of the date of this order.

IT IS SO ORDERED.

July 3, 2014	Joseph F. Anderson, Jr.
Columbia, South Carolina	United States District Judge

1